

**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Thursday, December 10, 2015

Jeremy Smith Willis
209 Hughes St
Nacogdoches, TX 75961-5023
\* DELIVERED VIA E-MAIL \*

Mr. Noel D. Cooper
Law Offices of Noel D. Cooper
117 North Street, Suite 2
Nacogdoches, TX 75961-5269
\* DELIVERED VIA E-MAIL \*

Mr. Deterrean Gamble
Office of the Attorney General
P.O. Box 12017
MC 038-1 Capitol Station
Austin, TX 78711-2017
\* DELIVERED VIA E-MAIL \*

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 10 2015

TYLER, TEXAS
PAM ESTES, CLERK

RE:    Case Number:  15-0944
       Court of Appeals Number:  12-15-0062-CV
       Trial Court Number:  C0824736

Style:  IN THE INTEREST OF T.J.H., W.D.H., AND L.D.L., CHILDREN

Dear Counsel:

Today, the Supreme Court of Texas filed the above referenced motion for extension of time to file petition for review.  The filing fee for a motion for extension of time to file petition for review is **$10.00** and should have been paid at the time of filing.  The Court has been notified of this delinquency, and if the fee is not paid within ten (10) days from the date of this letter, the filing will be dismissed.  See TEX. R. APP. P. 5.

Please remit the fee as soon as possible. If paying by check or money order, please record the above referenced docket number on the instrument. The payment should be made payable to "Clerk, Supreme Court of Texas." If you have already sent your payment, please disregard this notice. If you are unable to pay the fee, then you may submit an appropriate pauper's affidavit.

Sincerely,

Blake A. Hawthorne

Blake A. Hawthorne, Clerk

by Natalie McDermon, Deputy Clerk



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

cc:     Ms. Cathy S. Lusk (DELIVERED VIA E-MAIL)
        Ms. Loretta Cammack